THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GAINES, Appellant. (Appeal No. 1.) [844 NYS2d 824]—

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GAINES, Appellant. (Appeal No. 2.) [844 NYS2d 738]— Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered December 3, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Gaines* (45 AD3d 1404 [2007]). Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.